## ARGO *v.* ALABAMA.

No. 121, Misc.   Decided March 4, 1968.

*MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Alabama for further consideration in light of *Long* v. *District Court of Iowa,* 385 U. S. 192.

## ROBISON *v.* UNITED STATES.

No. 451, Misc.   Decided March 4, 1968.

*Solicitor General Griswold* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. In light of the representations of the Solicitor General and our own independent consideration of the entire record, the judgment is vacated and the case is remanded to the District Court for the Northern District of California for further consideration.